**Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed March 3, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00376-CV

**IRAJ S. JABBARY, ABC DENTISTRY PASADENA PA, ABC DENTISTRY OLD SPANISH TRAIL PLLC, ABC DENTISTRY WEST OREM PLLC, ET AL, Appellants**

**V.**

**SAEED ROHI DDS, EX REL STATE OF TEXAS, Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2014-41707**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 6, 2016. On September 8, 2016, we abated this appeal because appellant ABC Dentistry, P.A. petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 16-34221. *See* Tex. R. App. P. 8.2. Through the Public Access to Court Electronic Records (PACER) system, the court has

learned that the bankruptcy case was closed February 22, 2019.

On January 23, 2020, this court issued an order stating that the appeal would be reinstated and dismissed for want of prosecution unless on or before February 12, 2020, any party to the appeal filed a motion demonstrating good cause to retain this appeal. No motion or other response was filed.

Accordingly, we reinstate the appeal and dismiss it for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.